AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

CASSIE SPENCER

    Plaintiff

v.

KANE COUNTY, a political division of the State of Utah

    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-CV-00512-TS-CMR

IT IS ORDERED AND ADJUDGED

that Defendant's Motion for Summary Judgment is granted, and the action is dismissed with prejudice.

September 28, 2023
*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge